FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 MAR 10 PM 12: 18

CLERK_____
SO. DIST OF GA.



UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INFORMATION |
| | ) | CR 411-092 |
| CHRISTOPHER A. MYERS | ) | |
| | ) | |
| Defendant | ) | |

## ORDER OF DISMISSAL

Leave of Court is GRANTED for the filing of the foregoing dismissal of the

Information pending against Defendant CHRISTOPHER A. MYERS without

prejudice.

SO ORDERED, this 10th day of March , 2016.

_____
HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA